# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:08CR264** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ALEXIS E. NIEBLA and** | ) | |
| **JUANA TAPIA-BORGAS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Unless specifically requested by a party for good cause, the arraignment on the Superseding Indictment in this matter shall immediately precede jury selection or the change of plea hearing, whichever is applicable.

**IT IS SO ORDERED.**

DATED this 12th day of September, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge