UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                             )<br>                    Plaintiff,          )<br>                                                             )<br>          vs.                                            )<br>                                                             )<br>                                                             )<br>ALEXIS NIEBLA,                               )<br>JUANA TAPIA-BORGAS,                )<br>                                                             )<br>                    Defendants.      ) | 8:08CR264<br><br>**FINAL ORDER OF**<br>**FORFEITURE** |

　　　NOW ON THIS 26th day of January, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

　　　1. On November 20, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, based upon the Defendant, Alexis Niebla's plea of guilty to Counts I and V of the Superceding Indictment filed herein and the Defendant, Juana Tapia-Borgas's Stipulation where by she agreed to have no right, title, claim or interest to and in the $4,764.00 in United States currency and the 2007 Jeep Grand Cherokee, VIN 1J8HR48P87C697498. By way of said Preliminary Order of Forfeiture, the Defendants' interest in $4,764.00 in United States currency and the 2007 Jeep Grand Cherokee, VIN 1J8HR48P87C697498, were forfeited to the United States.

　　　2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on November 25, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset

Forfeiture Claims. A Declaration of Publication was filed herein on January 26, 2009 (Filing No. 53).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $4,764.00 in United States currency and the 2007 Jeep Grand Cherokee, VIN 1J8HR48P87C697498, held by any person or entity, is hereby forever barred and foreclosed.

C. The $4,764.00 in United States currency and the 2007 Jeep Grand Cherokee, VIN 1J8HR48P87C697498, be, and the same hereby are, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 26th day of January, 2009

**BY THE COURT:**

/s Joseph F. Bataillon

_____
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**