IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEXIS E. NIEBLA,<br><br>    Defendant. | 8:08CR264<br><br>ORDER |

This matter is before the court on the motion to withdraw attorney, Filing No. 69. The Federal Public Defender's Office was appointed for the sole purpose of a potential reduction of sentence pursuant to Amendment 782 to the U.S. Sentencing Guidelines. The defendant was sentenced to the statutory mandatory minimum sentence and does not qualify for a sentence reduction pursuant to Amendment 782.

IT IS ORDERED that:

1. The motion to withdraw, Filing No. 69, is granted.

2. David Stickman and the Office of the Federal Public Defender are deemed withdrawn from further representation as to defendant Alexis E. Niebla.

Dated this 14th day of October, 2015

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge